OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: April 27, 2026

Blaine Williamson

vs.

The Lincoln National Life Insurance Company

Case No. 2:26-cv-890 Section ___

Dear Sir:

Please X(issue) (re-issue) summons on the _**X**_ (complaint) (amended complaint) ( amended complaint) (third party complaint) (other : ) to the following:

The Lincoln National Life Insurance Company
Agent: Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

Very truly yours,

Attorney for Blaine Williamson,

/s/ Jeffrey P. Berniard________________
**JEFFREY BERNIARD, LSBA #29088**
Berniard Law Firm
1140 St. Charles Ave.
New Orleans, LA 70130
Telephone: (504)521-6000
Email: Jeff@GetJeff.com