Case 2:26-cv-00890-ILRL-DPC Document 4 Filed 04/28/26 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Blaine Williamson

*Plaintiff(s)*

v.

The LIncoln National Life Insurance Company

*Defendant(s)*

Civil Action No. 2:26-cv-890 B(2)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company
Agent: Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey P. Berniard
Berniard Law Firm
1140 St. Charles Ave.
New Orleans, LA. 70130
Phone 504-521-6000
Email: Jeff@GetJeff.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

Carol L. Michel
Name of clerk of court

Date: Apr 28 2026

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-890

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

u I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

u I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

u I served the summons on *(name of individual)* Louisiana Secretary of State by Certified mail , who is
designated by law to accept service of process on behalf of *(name of organization)* The Lincoln National
Life Insurance Company on *(date)* 5-1-26 ; or

u I returned the summons unexecuted because ______________________ ; or

u Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

[signature]
*Server's signature*

Jeffrey Berniard – Attorney for Plaintiff
*Printed name and title*

1140 St. Charles Ave New Orleans, LA 70130
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

29 APR 2026 AM 1 L

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Insurance Comp
Agent: Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge LA 70809

9590 9402 7843 2234 5764 23

2. Article Number *(Transfer from service label)*

9589 0710 5270 0449 6537 65

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X L. Haney

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* LeKiesha Haney

C. Date of Delivery 5.1.26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

9589 0710 5270 0449 6537 6

For delivery information, visit our website at *www.usps.com®*.

Baton Rouge, LA 70809

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.30 | 0046 |
| $6.40 | 16 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Posta[ge] $ | 2026 |
| Total [Postage and Fees] $ $1[0...] | |
| Sent [To] | |
| Stree[t] | |
| City, [State] | |

NEW ORLEANS 8 2026 USPS ...3-9610

The Lincoln National Life Insurar
Agent: Louisiana Secretary of Sta
8585 Archives Ave.
Baton Rouge, LA 70809

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions