**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BLAINE WILLIAMSON,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:26-cv-00890-ILRL-DPC** |
| **V.** | **JUDGE IVAN L.R. LEMELLE** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendant.** | |

**DEFENDANT'S STATEMENT OF CORPORATE DISCLOSURE**

Defendant, The Lincoln National Life Insurance Company, by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure files this statement of corporate disclosure and states:

The Lincoln National Life Insurance Company is a nongovernmental corporate party with the following parent corporation(s):

Lincoln National Corporation

The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Respectfully submitted this 22nd day of May 2026.

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*

Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

On May 22, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification to counsel registered for electronic service.

*/s/ Lindsay Calhoun*
Lindsay Calhoun