**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BLAINE WILLIAMSON,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:26-cv-00890-ILRL-DPC** |
| **V.** | **JUDGE IVAN L.R. LEMELLE** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendant.** | |

**IWANA RADEMAEKERS' DECLARATION IN SUPPORT OF HER MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to 28 U.S.C. § 1746, the undersigned, Iwana Rademaekers, declares as follows:

**1.**

I am Iwana Rademaekers.

**2.**

I am over the age of 18 years and a citizen of the United States.

**3.**

I was duly admitted to practice in the United States District Court for the Northern District of Texas on November 7, 1988.

**4.**

No disciplinary proceedings or criminal charges have been instituted against me.

I declare under penalty and perjury that the foregoing is true and correct.

EXHIBIT
A

[signature]
**IWANA RADEMAEKERS**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _21st_ DAY
OF MAY 2026.

______________________________________
NOTARY PUBLIC IN THE STATE OF TEXAS
Commission expires April 29, 2030

Notary Public
State of Texas

**Sandra J Acker**
**My comm. exp. 04/29/2030**
**Notary ID 128254128**