**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BLAINE WILLIAMSON,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:26-cv-00890-ILRL-DPC** |
| **V.** | **JUDGE IVAN L.R. LEMELLE** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendant.** | |

**ORDER GRANTING PRO HAC ADMISSION**

IT IS ORDERED that Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for Defendant The Lincoln National Life Insurance Company in the above referenced matter.

Entered this ________ day of ______________________ 2026.

______________________________________________
JUDGE