**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BLAINE WILLIAMSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-890** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION "B" (2)** |

**ORDER**

Considering defendant's Ex Parte Motion for Admission Pro Hac Vice (Rec. Doc. 8),

**IT IS ORDERED** that the motion (Rec. Doc. 8) IS **GRANTED**. Iwana Rademaekers is hereby admitted *pro hac vice* to appear before this Honorable Court in the above-captioned matter for defendant pursuant to L.R. 83.2.5.

New Orleans, Louisiana this 29th day of May 2026

SENIOR UNITED STATES DISTRICT JUDGE