**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BLAINE WILLIAMSON** | **CIVIL ACTION** |
| **VS.** | **NO. 26-890** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION: B (2)** |

**NOTICE**

At the request of counsel for the parties,

The telephone scheduling conference set for June 9, 2026, at 11:00 a.m., is hereby RESET to be held on **June 4, 2026, at 10:00 a.m.** **All parties are to call into the conference call at 1-833-990-9400, Guest ID: 239087681#.**

Issued By: Dena M. White
Case Manager, Section B
(504) 589-7719
May 29, 2026